No. 631. Consumer-Farmer Milk Cooperative, Inc. *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Mark H. Johnson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent. ▇▇▇▇▇▇▇

No. 644. Goggin, Receiver, *v.* Bank of America National Trust & Savings Association. C. A. 9th Cir. Certiorari denied. *George T. Goggin* and *Martin Gendel* for petitioner. *Hugo A. Steinmeyer* and *Samuel B. Stewart, Jr.* for respondent.

No. 647. Galt et al. *v.* Department of Public Works & Buildings of Illinois. Supreme Court of Illinois. Certiorari denied. *Owen Rall* for petitioners. *William C. Wines*, Assistant Attorney General of Illinois, for respondent.

No. 651. Mitchell *v.* Flintkote Company. C. A. 2d Cir. Certiorari denied. *Saul J. Lance* for petitioner. *William Piel, Jr.* for respondent.

No. 654. Newark Slip Contracting Co., Inc. *v.* New York Credit Men's Adjustment Bureau, Inc. C. A. 2d Cir. Certiorari denied. *Samuel Rubin* for petitioner. *George Levin* for respondent.

No. 657. Richmond *v.* Shelby Mutual Casualty Co. C. A. 2d Cir. Certiorari denied. *Cyril Coleman* for petitioner. *Hugh M. Alcorn* for respondent.